UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY, a California company, as subrogee of Jeremy Green,<br><br>       Plaintiff,<br><br>   v.<br><br>BROAN-NUTONE, LLC, a Delaware limited liability company,<br><br>       Defendant. | NO: 2:21-CV-0331-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Notice of Settlement seeking dismissal of this action with prejudice. ECF No. 16. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties request the immediate dismissal of this case with prejudice. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' notice, this action is **DISMISSED** with prejudice.

All deadlines, hearings and trial are VACATED.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 4, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2